IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

HAROLD V. PUTMAN

Plaintiff

v.

JONATHAN W. DUDAS,
Director of the United States
Patent and Trademark Office

Defendant

Case Number 1:05CV01796 JGP

Judge John Garrett Penn

## AFFIDAVIT OF SERVICE

I, Ralph E. Jocke, hereby declare that on the 12th of September 2005, I mailed a copy of the summons and complaint, certified mail return receipt requested, with Article No. 7002 0510 0003 3298 8327, to the Attorney General, U.S. Department of Justice. Attached hereto is the green card acknowledging service.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General
US Dept of Justice
950 Pennsylvania Ave NW
Washington DC 20530-0001

2. Article Number (Transfer from service label): 7002 0510 0003 3298 8327

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
SEP 1 9 2005

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

D 1086
Putnam v Dudas

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Walker & Jocke
231 South Broadway
Medina, Ohio 44256-2601
330 · 721 · 0000

WALKER & JOCKE

By: _____
   Ralph E. Jocke       Bar No. OH0013
   Patricia A. Walker   Bar No. OH0012
   231 South Broadway
   Medina, Ohio  44256-2601
   330.721.0000  Telephone
   330.722.6446  Facsimile
   iplaw@walkerandjocke.com