IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

HAROLD V. PUTMAN

Plaintiff

v.

JONATHAN W. DUDAS,
Director of the United States
Patent and Trademark Office

Defendant

Case Number 1:05CV01796 JGP

Judge John Garrett Penn

**AFFIDAVIT OF SERVICE**

I, Ralph E. Jocke, hereby declare that on the 12th of September 2005, I mailed a copy of the summons and complaint, certified mail return receipt requested, with Article No. 7002 0510 0003 3298 8952, to Jonathan W. Dudas, Director of the United States Patent and Trademark Office, c/o General Counsel. Attached hereto is the green card acknowledging service and a U.S. Postal Service Track & Confirm to verify that the above was delivered on September 15, 2005.

Walker & Jocke
231 South Broadway
Medina, Ohio 44256-2601
330 • 721 • 0000

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

General Counsel
US Patent and Trademark Office
PO Box 15667
Arlington VA 22215

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☒ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☒ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7002 0510 0003 3298 8952   D1086 Putnam v. Dudas

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540


USPS - Track & Confirm                                         http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do



Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7002 0510 0003 3298 8952
Status: **Delivered**

Your item was delivered at 9:42 am on September 15, 2005 in ARLINGTON, VA 22215.

**Additional Details >**    **Return to USPS.com Home >**

**Track & Confirm**
Enter Label/Receipt Number.

*Go >*

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  *Go >*

WALKER & JOCKE

By: _____
Ralph E. Jocke           Bar No. OH0013
Patricia A. Walker       Bar No. OH0012
231 South Broadway
Medina, Ohio  44256-2601
330.721.0000   Telephone
330.722.6446   Facsimile
iplaw@walkerandjocke.com

Walker & Jocke
231 South Broadway
Medina, Ohio 44256-2601
330 • 721 • 0000

2