## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

HAROLD V. PUTMAN

Plaintiff

v.

JONATHAN W. DUDAS,
Director of the United States
Patent and Trademark Office

Defendant

Case Number 1:05CV01796 JGP

Judge John Garrett Penn

## AFFIDAVIT OF SERVICE

I, Ralph E. Jocke, hereby declare that on the 12th of September 2005, I mailed a copy of the summons and complaint, certified mail return receipt requested, with Article No. 7002 0510 0003 3298 8341, to Jonathan W. Dudas, Director of the United States Patent and Trademark Office, c/o Office of the Solicitor. Attached hereto is the green card acknowledging service and a U.S. Postal Service Track & Confirm to verify that the above was delivered on September 15, 2005.

Walker & Jocke
231 South Broadway
Medina, Ohio 44256-2601
330 · 721 · 0000

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jonathan W Dudas
Director US Patent and Trademark Office
Office of the Solicitor
PO Box 15667
Arlington VA 22215

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☑ Agent ☐ Addressee

B. Received by (Printed Name): John S. Holmes
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☑ Certified Mail ☐ Express Mail
   ☐ Registered ☐ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7002 0510 0003 3298 8341

D-1086 Putnam v. Dudas

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7002 0510 0003 3298 8341**
Status: **Delivered**

Your item was delivered at 9:42 am on September 15, 2005 in ARLINGTON, VA 22215.

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.

WALKER & JOCKE

By: _____
Ralph E. Jocke          Bar No. OH0013
Patricia A. Walker      Bar No. OH0012
231 South Broadway
Medina, Ohio   44256-2601
330.721.0000  Telephone
330.722.6446  Facsimile
iplaw@walkerandjocke.com

Walker & Jocke
231 South Broadway
Medina, Ohio 44256-2601
330 • 721 • 0000