UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HAROLD PUTMAN,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**JONATHAN W. DUDAS,** )<br>)<br>**Defendant.** ) | Civil Action No. 05-1796 (JGP) |

**ORDER**

This case was filed on September 12, 2005.  The parties appeared for an initial scheduling conference on December 20, 2005.  Based on the parties' representations at that conference and in their joint statement [8], it is hereby **ORDERED**

　　1.  The case will remain with this Court for all purposes except discovery.  The case may be assigned to a Magistrate Judge for the purpose of resolving any discovery disputes. In the event of a discovery dispute, the parties must meet and confer in an effort to resolve the dispute. If a discovery motion is filed, the moving party must certify that the parties have met and conferred in an effort to resolve the dispute.

　　2.  The parties shall make initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) on or before January 23, 2006.

　　2.  Plaintiff may file a motion for a protective order on or before on or before January 31, 2006.

　　3.  Defendant may file a response to any motion for a protective order within eleven days of service of the motion.

4. Plaintiff may file a reply in support of its motion for a protective order within five days of service of Defendant's response.

5. Further discovery shall commence no later than fourteen days after the Court's ruling on the motion for a protective order.

6. Defendant may file a motion for exclusion of previously unconsidered evidence or for remand, on or before March 15, 2006.

7. Plaintiff may file a response to any motion for exclusion or remand within eleven days of service of the motion.

8. Defendant may file a reply in support of its motion for exclusion or remand within five days of service of Plaintiff's response.

9. The parties shall advise the Court if they think mediation is appropriate. If the case is referred for mediation, discovery will proceed as scheduled.

**IT IS SO ORDERED.**


**DATE: January 19, 2006**                              **JOHN GARRETT PENN**
                                                        **United States District Judge**