**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| HAROLD V. PUTMAN | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05CV-01796 (JGP) |
| | ) | |
| JONATHAN W. DUDAS, | ) | |
| | ) | |
| Under Secretary of Commerce | ) | |
| for Intellectual Property and | ) | |
| Director of the United States | ) | |
| Patent and Trademark Office, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER**

Upon careful consideration of Defendant's Motion to Stay Discovery Pending Determination of Motion to Exclude, Or in the Alternative, Dismiss and Remand, and all responses thereto, and for good cause shown, it is hereby

ORDERED that Defendant's Motion to Stay Discovery Pending Determination of its Motion to Exclude, Or in the Alternative, Dismiss and Remand is GRANTED.  It is further

ORDERED that no discovery will take place in this case until after the Motion to Exclude, Or in the Alternative, Dismiss and Remand is ruled on.

SO ORDERED this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE