# **APPENDIX**

CLAIMS

1. An automated transaction machine comprising:

a computer operative to generate a user interface output and to receive a plurality of input signals;

at least one event processor software component in operative connection with the computer;

a transaction machine interface (TMI) software component in operative connection with the computer;

a document in operative connection with the computer, wherein the document includes a plurality of command instructions, wherein:

the TMI is operative responsive to the command instructions in the document to cause the computer to generate a user interface output;

the TMI is further operative responsive to the user interface output and at least

one input signal received by the computer to cause an event to be generated;

the TMI is further operative responsive to at least one of the command

instructions to cause the event to be directed to an event processor; and

the event processor is operative responsive to the event to selectively cause the

TMI to cause a change in the user interface output generated by the computer.

2.  The automated transaction machine according to claim 1, wherein the event processor

is operative responsive to the event to generate an event response; and the TMI is operative

responsive to the event response to cause the change in the user interface output generated by the

computer.

3.  The automated transaction machine according to claim 1, wherein the TMI includes a

plurality of subroutines which are operative to modify the user interface output, and wherein the

event processor is operative to selectively call at least one of the subroutines responsive to the

event.

4.  The automated transaction machine according to claim 1, and further comprising a style sheet in operative connection with the computer, wherein the TMI is further operative to cause the computer to generate the user interface output responsive to the style sheet.

5.  The automated transaction machine according to claim 1, wherein the command instructions include an XML instruction.

6.  The automated transaction machine according to claim 1, and further comprising an output device in operative connection with the user interface output, and wherein the command instructions include an action menu command instruction, and wherein the TMI is further operative responsive to the action menu command instruction to cause the user interface output generated by the computer to produce a visual representation of an action menu on the output device.

7.  The automated transaction machine according to claim 1, wherein the event processor includes a DLL.

8.  The automated transaction machine according to claim 1, further comprising at least one transaction function device in operative connection with the computer, wherein the transaction function device is selectively operative to carry out a transaction function, and

wherein the event processor is further operative responsive to the event to cause the computer to operate the transaction function device.

9. The automated transaction machine according to claim 1, wherein:

the instruction document includes a plurality of instruction pages, wherein each instruction page includes a corresponding set including at least one command instruction;

the TMI is further operative responsive to at least one command instruction in the instruction document to select a first one of the instruction pages, wherein the TMI is operative to cause the computer to generate a user interface output responsive to a first set included in the first instruction page; and

the TMI is further operative to cause the event to be directed to the event processor responsive to the first set included in the instruction page.

10. The automated transaction machine according to claim 9, wherein the TMI is operative responsive to at least one input signal received by the computer to select a second instruction page, wherein the TMI is operative to cause the computer to generate a user interface output responsive to the second instruction page, and wherein the TMI is operative to direct a

further event to an event processor responsive to at least one command instruction included in a second set in the second instruction page.

11. The automated transaction machine according to claim 1 wherein the computer further comprises a display screen in operative connection with the user interface output and wherein the user interface output is operative to cause a visible output to be produced on the display screen.

12.    A first automated transaction machine apparatus including:

a first computer of a first type, wherein the first computer includes at least one first output device, wherein the first output device is operative to provide at least one output to users of the first machine, and at least one first input device, wherein the first input device is operative to receive at least one input from users of the machine;

a first transaction function device in operative connection with the first computer, wherein the first transaction function device is operative to carry out a transaction function;

first transaction machine interface software in operative connection with the first computer;

5

a first instruction document in operative connection with the first computer, wherein the first instruction document includes at least one command instruction;

wherein the first computer is operative responsive to at least one first input to the first input device to cause the first transaction function device to carry out the transaction function, and wherein the first computer is further operative to generate a first output through the first output device responsive to the first input, the first transaction machine interface software and at least one command instruction in the first instruction document.

13.     The apparatus including the first automated transaction machine according to claim 12, and further comprising:

a second automated transaction machine including:

a second computer of a second type different from the first type, and wherein the second computer includes at least one second output device, wherein the second output device is operative to provide at least one output to users of the second machine, and at least one second input device, wherein the second input device is operative to receive at least one input from users of the machine;

a second transaction function device in operative connection with the second computer, wherein the second transaction function device is operative to carry out the transaction function;

second transaction machine interface software in operative connection with the second computer;

a second instruction document substantially identical to the first instruction document, in operative connection with the second computer;

wherein the second computer is operative responsive to at least one second input to the second input device to cause the second transaction function device to carry out the transaction function, and wherein the second computer is further operative to generate a second output through the second output device responsive to the second input, the second transaction machine interface software and at least one command instruction in the second instruction document.

14.    The apparatus according to claim 13 wherein the first computer of the first type differs from the second computer of the second type in that the first output device comprises a different type of output device than the second output device.

15.    The apparatus according to claim 13 wherein the first computer of the first type differs from second computer of the second type in that the first computer includes a different type of operating system than the second computer.

16.    The apparatus according to claim 13 wherein the first computer of the first type differs from the second computer of the second type in that the first computer is operative to cause the first transaction function device to carry out the transaction function responsive to a first input that is different than the second input that is operative to cause the second computer to cause the second transaction function device to carry out the transaction function.

17.    The apparatus according to claim 13 wherein the first computer of the first type differs from the second computer of the second type in that the first input device comprises a different type of input device than the second input device.

18.    The apparatus according to claim 14 wherein the first output device includes a character based display device and the second output device includes a graphical display device.

19.    The apparatus according to claim 17 wherein the first input device includes a key and the second input device includes a touch screen.

20.     The apparatus according to claim 12 and further comprising:

event processor software in operative connection with the first computer, wherein

the event processor software is operative to cause the first transaction function

device to carry out the transaction function responsive to an event, wherein the

first transaction machine interface software is operative to generate the event

responsive to the first input.

21.     The apparatus according to claim 20 wherein the first transaction machine

interface software includes at least one output indicative function, wherein when the first input is

entered, the output indicative function is operative to indicate a value associated with at least one

element included in an initial output through the first output device, wherein the event processor

software is operative to call the output indicative function and is operative to cause the first

transaction function device to operate responsive to the event and the value indicated by the

output indicative function.

22.     The apparatus according to claim 21 wherein the event processor software

responsive to the event and the output indicative function is operative to cause the first computer

9

to generate an event response, wherein the first transaction machine software is operative to cause the computer to generate the first output responsive to the event response.

23. A method for operating an automated transaction machine comprising the steps of:

(a) reading an instruction document accessible to a computer with a TMI software component in operative connection with the computer, wherein the instruction document includes a plurality of command instructions;

(b) controlling a user interface output from the computer through operation of the TMI software component responsive to the command instructions;

(c) receiving an input through an input device operatively connected with the computer;

(d) generating an event through operation of the TMI software component responsive to the input to the input device and the user interface being output from the computer;

(e)     selectively directing the event through operation of the TMI software component

to an event processor in operative connection with the computer, responsive to the

command instructions;

(f)     generating an event response through operation of the event processor responsive

to the event;

(g)     modifying the user interface output from the computer through operation of the

TMI software component responsive to the event response.

24.    The method according to claim 24, wherein the TMI software component comprises

at least one subroutine operative to provide information indicative of at least one user interface

output, and further comprising calling the subroutine through operation of the event processor

responsive to the event.

25.     The method according to claim 25 wherein the TMI software component

comprises at least one subroutine that is operative to enable at least one element included in the

user interface output, and further comprising calling the subroutine responsive to operation of the

event processor.

26.   The method according to claim 23 and further comprising: operating a transaction function device in operative connection with the computer responsive to the event processor, wherein the transaction function device is operated responsive to the event being directed to the event processor.

27.   Computer readable media bearing instructions which are operative to cause at least one computer in the machine to cause the machine to carry out the method steps recited in claim 23.

28.   An automated transaction machine comprising:

at least one computer and at least one visual output device in operative connection with the computer in the automated transaction machine, whereby the visual output device is operative to provide outputs to users of the machine;

a plurality of documents in operative connection with the computer, wherein the computer is operative responsive to at least one of the documents to cause at least one visual output to be produced by the visual output device; and

at least one style sheet in operative connection with the computer, wherein at least one

visual feature of the at least one visual output is produced responsive to the at least one

style sheet.

29.    The automated transaction machine according to claim 28 further comprising at least one

input device in operative connection with the computer, wherein the at least one visual feature of

the at least one visual output is further produced responsive to the visual output device and the

input device.

30.    The automated transaction machine according to claim 29 further comprising at least one

event processor, wherein the at least one visual feature of the at least one visual output is further

produced responsive to the event processor.

31.    A method of operating an automated transaction machine comprising:

a)    operating a computer in the machine to receive at least one document;

b)    operating the computer to receive data in at least one style sheet; and

c)    providing an output through at least one visual output device on the machine

responsive to operation of the computer, wherein at least one component of the

13

output is produced responsive to the document and at least one visual attribute of

the component is produced responsive to the style sheet.

32.     Computer readable media bearing instructions which are operative to cause at

least one computer in the machine to cause the machine to carry out the method steps recited in

claim 31.

33.     A method of operating an automated transaction machine comprising:

a)      generating a user interface responsive to at least one document, at least one input

        device, and at least one output device;

b)      outputting the user interface through the output device;

c)      receiving an input from the input device;

d)      generating an event responsive to the input and the user interface;

e)      sending the event to a first event processor responsive to the document;

f)      modifying the user interface responsive to the event processor; and

g)      outputting the modified user interface through the output device.

34.     The method according to claim 33 further comprising:

h)      processing the event with the event processor responsive to the user interface.

35.     The method according to claim 34 further comprising:

i)      performing a transaction with at least one transaction function device responsive to the event processor.

36.     The method according to claim 35, wherein step (i) includes dispensing cash from a cash dispenser.

37.     The method according to claim 33, wherein in step (a) the user interface is further generated responsive to a style sheet.

38.     The method according to claim 33, wherein in step (a) the document includes a plurality of pages and the user interface is further generated responsive to a first one of the plurality of pages, wherein in step (f) the user interface is further modified responsive to a second one of the plurality of pages.

39.    The method according to claim 38, wherein the first page specifies the first event processor and the second page specifies a second event processor.

40.    Computer readable media bearing instructions which are operative to cause at least one computer in the machine to cause the machine to carry out the method steps recited in claim 33.

41.    The apparatus according to claim 21 wherein the event processor software is operative to specify the at least one element when calling the output indicative function of the first transaction machine interface software.

42.    The automated transaction machine according to claim 30, further comprising a cash dispenser in operative connection with the computer, wherein the cash dispenser is operative to perform a function responsive to the event processor.

43.    The method according to claim 31, further comprising:

d)    receiving at least one input through at least one input device on the machine, wherein the input is associated with the at least one component of the output;

e)    performing a transaction with at least one transaction function device on the

machine responsive to the input and the document.

44.  The method according to claim 43, wherein the at least one transaction function

device includes a cash dispenser, wherein step (e) includes dispensing cash from the cash

dispenser.

45.  An ATM comprising:

a computer;

a first input device of a first type in operative connection with the computer;

a second input device of a second type in operative connection with the computer,

wherein the first type and the second type are different types of input devices.

at least one output device in operative connection with the computer;

at least one transaction function device in operative connection with the computer;

17

transaction machine interface software in operative connection with the computer,

wherein the interface software is operative to cause the computer to access an instruction

document which includes a set of command instructions that define features of a single

user interface, wherein the interface software is further operative to cause the computer to

output through the at least one output device a first user interface responsive to the set of

command instructions when the first input device is enabled, wherein the transaction

machine interface software is further operative to cause the computer to output through

the at least one output device a second user interface responsive to the set of command

instructions when the second input device is enabled, and wherein the transaction

machine interface software is operative to cause the computer to operate the transaction

function device responsive to a first input through the first input device when the first

user interface is being output, and wherein the transaction machine interface software is

operative to cause the computer to operate the transaction function device responsive to a

second input through the second input device when the second user interface is being

output.


46. The ATM according to claim 45, wherein the transaction function device includes a

cash dispenser.


47. A method comprising:

a)      accessing an instruction document with at least one ATM, wherein the instruction

document includes a set of command instructions that define features of a single

user interface screen;

b)      presenting through at least one display device on the at least one ATM responsive

to the set of command instructions a first view of the user interface screen

including at least one first visual element adapted for selection using a first type of

input device;

c)      receiving at least one first input through a first input device on the at least one

ATM that is of the first type;

d)      operating at least one transaction function device on the at least one ATM

responsive to receipt of the at least one first input while the first view is being

presented;

e)      presenting through the at least one display device on the at least one ATM

responsive to the set of command instructions a second view of the user interface

screen including at least one second visual element different from the at least one

first visual element and adapted for selection using a second type of input device;

f)      receiving at least one second input through a second input device on the at least

one ATM that is of the second type; and

g)      operating the at least one transaction function device on the at least one ATM

responsive to receipt of the at least one second input while the second view is

being presented.

19

48. The method according to claim 47, wherein in steps (d) and (g), the at least one transaction function device operated includes a cash dispenser.

49. The method according to claim 48, wherein in step (d) the first input device includes a key, and where in step (f), the second input device includes a touch screen.

50. The method according to claim 49, wherein in step (a) the instruction document includes XML tags.

51. Computer readable media bearing instructions which are operative to cause at least one computer in the ATM to cause the ATM to carry out the method steps recited in claim 47.

52. A method comprising:

    a)       accessing an instruction document with an ATM, wherein the instruction document includes at least two sets of XML tags, which correspond to user interface elements for constructing at least two different user interface screens, wherein each set of XML tags is delineated by page tags which segregate and identify the sets of XML tags;

b)     presenting a first user interface screen through at least one output device on the ATM responsive to a first set of XML tags in the instruction document, wherein the first set of XML tags is delineated by a first set of page tags;

c)     receiving at least one first input through at least one input device on the ATM;

d)     presenting a second user interface screen through at least one output device on the ATM responsive to a second set of XML tags in the instruction document, wherein the second set of XML tags is delineated by a second set of page tags.

53. The method according to claim 52, wherein in step (b) the first set of XML tags specifies a first event processor, and further comprising:

e)     calling the first event processor responsive to the at least one first input, the first user interface screen, and the first set of XML tags; and

f)     operating a first transaction function device on the ATM responsive to the event processor.

54.  The method according to claim 53, wherein the first transaction function device includes a cash dispenser.

55. The method according to claim 53, wherein the second set of XML tags specifies a second event processor, and further comprising:

g)    receiving at least one second input from the at least one input device of the ATM;

h)    calling the second event processor responsive to the second input, the second user interface screen and the second set of XML tags; and

i)    operating a second transaction function device on the ATM responsive to the second event processor.

56.    Computer readable media bearing instructions which are operative to cause at least one computer in the machine to cause the machine to carry out the method steps recited in claim 52.