

# United States Patent and Trademark Office



*Performance and Accountability Report for Fiscal Year 2005*

**TABLE 14** — SUMMARY OF CONTESTED PATENT CASES
*(Within the U.S. Patent and Trademark Office, as of September 30, 2005)*

| ITEM | TOTAL |
|---|---|
| **Ex parte cases** | |
| Appeals[1] | |
| Cases Pending as of 9/30/05 | 985 |
| Cases Filed During FY 2005 | 2,834 |
| **Disposals During FY 2005, total** | **2,937** |
| Decided, total | 1,121 |
| Affirmed | 366 |
| Affirmed-in-Part | 1,163 |
| Reversed | 111 |
| Dismissed/Withdrawn | 176 |
| Remanded | 882 |
| **Cases Pending as of 9/30/05** | |
| | |
| **Rehearings** | 21 |
| Cases Pending as of 9/30/05 | |
| | |
| **Inter partes cases** | 76 |
| Cases pending as of 9/30/05 | 94 |
| Cases declared or reinstituted during FY 2005 | **170** |
| **Inter partes cases, FY 2005 total** | |
| | 96 |
| Cases terminated during FY 2005 | **74** |
| **Cases pending as of 9/30/05** | |