## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD V. PUTMAN | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:05CV-01796 (JGP) |
| JONATHAN W. DUDAS, | ) |
| Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, | ) |
| Defendant. | ) |

**ORDER**

Upon the motion of the Defendant, and good cause being shown, it is hereby ORDERED that:

1. Plaintiff's arguments and evidence that were not properly submitted to the PTO Board are excluded, or

2. This case is <u>Dismissed</u> and <u>remanded</u> to the PTO for consideration of Plaintiff's arguments and evidence and to consider new evidence of patentability.

**IT IS SO ORDERED**

Dated:_____                              _____
                                                    Henry H. Kennedy, Jr.
                                                    United States District Judge

cc:   Ralph E. Jocke and Patricia Walker, Attorneys for Plaintiff
      Benton G. Peterson, Assistant United States Attorney