UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HAROLD V. PUTNAM,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 1:05CV-01796 (JGP) |
| | ) |
| **JONATHAN W. DUDAS,** | ) |
| | ) |
| **Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**ORDER**

Upon consideration of Defendant's Motion for Protective Order and Memorandum in Support, it is, on this _____ day of _____, 2006, hereby,

**ORDERED** that Defendant's Motion for Protective Order be and hereby is granted and that discovery in this case shall not be had unless otherwise ordered by this Court.

_____
UNITED STATES DISTRICT JUDGE