UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HAROLD V. PUTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05CV-01796 (JGP) |
| | ) | |
| JONATHAN W. DUDAS, | ) | |
| | ) | |
| Under Secretary of Commerce | ) | |
| for Intellectual Property and | ) | |
| Director of the United States | ) | |
| Patent and Trademark Office, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S NOTICE OF ERRATA**

Defendant in the above captioned matter, through undersigned counsel, files this Notice of Errata regarding its Defendant's Motion for Protective Order, which was filed March 24, 2006. The undersigned learned that due to a technical error, exhibit A as attached to the motion, was not complete. The undersigned now attaches to this Notice a corrected version of exhibit A.

March 24, 2006

Respectfully submitted,

_____

BENTON G. PETERSON
Assistant United States Attorney
Judiciary Center Building, Room
555 Fourth Street, N.W.
Washington, D.C. 20530

(202) 514-7238