IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

HAROLD V. PUTMAN

Plaintiff

v.

JONATHAN W. DUDAS

Defendant

Case Number 1:05CV01796 JGP

Judge John Garrett Penn

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES
IN OPPOSITION TO DEFENDANT'S MOTION TO STAY DISCOVERY PENDING
DETERMINATION OF DEFENDANT'S DISPOSITIVE MOTION**

# OTS EXHIBIT 2

Walker & Jocke
231 South Broadway
Medina, Ohio 44256-2601
330 • 721 • 0000

**(Emphasis Added)**

1   MR. PETERSON: At this point, Your Honor, I think you're
2  right as far as the defendant is concerned. We do open -- we do
3  keep open the possibility for that at a later date, but at this
4  point, Your Honor, that's correct.
5   THE COURT: All right. Now, the parties feel that there
6  are some issues that may be resolved by summary judgment.
7   Just listening to the parties going back and forth,
8  would -- what is the approach to this case? Would there be a
9  motion filed at the beginning or would there be a motion filed at
10 the end with respect to any discovery? How are we going to
11 resolve the issue as to the nature of this case, whether it's
12 going to be a trial *de novo* or this is really just an
13 administrative proceeding? How do the parties intend to address
14 that?
15  MR. PETERSON: Well, Your Honor, as -- I think as we
16 contemplated in our joint statement, we had envisioned a certain
17 amount of discovery before we would file our dispositive motions
18 to clarify some issues through interrogatories and depositions.
19 And then at that point, we would file our dispositive motions.
20  MR. JOCKE: We don't know what the Patent Office's
21 contentions are with regard to -- we do not know why the Patent
22 Office would be asserting that the claims that the Board has
23 already indicated meet their requirements for patentability, what
24 they would be asserting on that. So we need to find that out
25 and, of course, would need to address it.