IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD V. PUTMAN<br><br>Plaintiff<br><br>v.<br><br>JONATHAN W. DUDAS<br><br>Defendant | Case Number 1:05CV01796 JGP<br><br>Judge John Garrett Penn |

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES
IN OPPOSITION TO DEFENDANT'S MOTION TO STAY DISCOVERY PENDING
DETERMINATION OF DEFENDANT'S DISPOSITIVE MOTION**

# OTS EXHIBIT 6



U.S. Department of Justice

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

---

Benton G. Peterson
Judiciary Center
555 Fourth St., N.W.
Washington, D.C. 20530

February 8, 2006

Ralph E. Jocke
Patricia A. Walker
Walker & Jocke
231 South Broadway
Medina, Ohio 44256-2601

    Re:    February 7, 2006 telephone conversation re: <u>Putnam v. Dudas</u> 05-1796

Dear Mr. Jocke:

    This letter confirms our telephone conversation yesterday regarding <u>Putnam v. Dudas</u> 05-1796. After conferring about the discovery requests propounded by Plaintiff, we discussed and you agreed to an extension of the time for Defendant to respond up to thirty days beyond the current deadline. Thank you.

    If there are any questions regarding this matter, please feel free to contact me at (202)514-7238. Thank you.

                                                        BENTON G. PETERSON
                                                         Assistant United States Attorney
                                                         555 4th Street, N.W. - Room E4907
                                                         Washington, D.C. 20530
                                                          (202) 514-7238

cc:  Heather F. Auyang
      William LaMarca