IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD V. PUTMAN<br><br>Plaintiff<br><br>v.<br><br>JONATHAN W. DUDAS<br><br>Defendant | Case Number 1:05CV01796 JGP<br><br><br>Judge John Garrett Penn |

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES
IN OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE, OR
IN THE ALTERNATIVE, DISMISS AND REMAND**

# OTE EXHIBIT 7

Walker & Jocke
231 South Broadway
Medina, Ohio 44256-2601
330 • 721 • 0000

UNITED STATES PATENT AND TRADEMARK OFFICE



# The 21st Century Strategic Plan

Updated: February 3, 2003

UNITED STATES PATENT AND TRADEMARK OFFICE

## LONG-TERM AGENDA

This strategic plan is only the first step toward creating a quality-focused, highly productive, responsive USPTO that supports a market-based intellectual property system for the 21st Century. Once the initial phases of this plan have been supported, adopted and implemented, the USPTO will explore further options to enhance its ability to more fully operate like a business.

Within the framework of the legislative and regulatory packages there are a number of items that will be implemented in the out-years of the strategic plan.

Restriction practice – We will conduct a study of the changes needed to implement a Patent Cooperation Treaty (PCT) style unity of invention standard in the United States. The study will be completed and appropriate legislation will be introduced before the end of the 108th Congress.

Patent term adjustment – Before seeking legislation to simplify patent term adjustment, we will explore a number of options to address this issue with the small business community and other key stakeholders.

Mutual exploitation of examination results – In anticipation of achieving our long-term goal of substantive patent harmonization, we will take a cautious approach to mutual exploitation of examination results by first evaluating International Preliminary Examination Reports during national stage examination. We will subsequently analyze the potential of whether the acceptance of examination results (granted patents) from foreign offices is a proper basis for use in counterpart applications in the United States. However, the USPTO will never recommend any changes that would compromise our sovereign right to determine patentability issues or to preclude our right to make further examinations when necessary.

Copyright issues – As part of the implementation of the electronic file wrapper, we will ascertain the best means for assuring that these documents in an application file that may be subject to copyright protection can be included in the USPTO's databases. The intent of this option would be to ensure full public access to all the information contained in a pending application file.

Third party request for reexamination – As part of the initiative to seek post-grant review legislation, we will explore the need for retention of third-party requested reexamination.

District court actions – We will evaluate the desirability of a revision to the provisions for judicial review of USPTO decisions to make an appeal to the U.S. Court of Appeals for the Federal Circuit the sole avenue for judicial review of a Board of Patent Appeals and Interferences or a Trademark Trial and Appeal Board decision.

Patent Cooperation Treaty Activities – We will actively pursue revisions to Patent Cooperation Treaty search and examination guidelines to achieve an enhanced level of reliance on PCT International Search Reports and International Preliminary Examination Reports.

Business-like practices – We also will explore whether we have a good justification for operating in a more business-like manner.

USPTO Campus – Once we have settled into the Carlyle campus and have fully implemented automated patent and trademark processing, we will be able to assess the feasibility of expanding our work-at-home program by using such virtual office concepts as telecommuting and flexible workplace to the maximum potential.

Examiner Training – We will evaluate the feasibility of reinstating the Examiner Education Program through corporate sponsorship to enable patent examiners to gain better insights into technological developments in the fields in which they examine.