IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD V. PUTMAN<br><br>Plaintiff<br><br>v.<br><br>JONATHAN W. DUDAS<br><br>Defendant | Case Number 1:05CV01796 JGP<br><br>Judge John Garrett Penn |

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE, OR IN THE ALTERNATIVE, DISMISS AND REMAND**

# OTE EXHIBIT 14

Walker & Jocke
231 South Broadway
Medina, Ohio 44256-2601
330 • 721 • 0000

```
        MAILED

       JUL 0 3 2003

       PAT. & T.M. OFFICE
    BOARD OF PATENT APPEALS
    AND INTERFERENCES
```





UNITED STATES PATENT AND TRADEMARK OFFICE

UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND
DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE
WASHINGTON, DC 20231
www.uspto.gov

RALPH E. JOCKE,  
231 SOUTH BROADWAY  
MEDINA, OH 44256

Paper No:     16  
Appeal No:    2003-1703  
Appellant:    PUTMAN, HAROLD V.  
Application:  09/233,249

# Board of Patent Appeals and Interferences
## Docketing Notice

Application 09/233,249 was received from the Technology Center at the Board on June 10, 2003 and has been assigned Appeal No: 2003-1703.

A review of the file indicates that the following documents have been filed by appellant:

   Appeal Brief filed on:       February 27, 2002  
   Reply Brief filed on:        May 28, 2002  
   Request for Hearing filed on: None

In all future communications regarding this appeal, please include both the application number and the appeal number.

The mailing address for the Board is:

**BOARD OF PATENT APPEALS AND INTERFERENCES  
UNITED STATES PATENT AND TRADEMARK OFFICE  
P.O. BOX 1450  
ALEXANDRIA, VIRGINIA 22313-1450**

The facsimile number of the Board is 703-308-7952. Because of the heightened security in the Washington D.C. area, facsimile communications are recommended. Telephone inquiries can be made by calling 703-308-9797 and should be directed to a Program and Resource Administrator.

By order of the Board of Patent Appeals and Interferences