IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

HAROLD V. PUTMAN

Plaintiff

v.

JONATHAN W. DUDAS

Defendant

Case Number 1:05CV01796 JGP

Judge John Garrett Penn

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES
IN OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE, OR
IN THE ALTERNATIVE, DISMISS AND REMAND**

# OTE EXHIBIT 15

Walker & Jocke
231 South Broadway
Medina, Ohio 44256-2601
330 • 721 • 0000



United States Patent and Trademark Office

Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

RALPH E. JOCKE,
231 SOUTH BROADWAY
MEDINA, OH 44256

Paper No:
Appeal No:       2005-1683
Application:     09/233,249
Appellant:       HAROLD V. PUTMAN

MAILED
JUN 21 2005
U.S. PATENT AND TRADEMARK OFFICE
BOARD OF PATENT APPEALS
AND INTERFERENCES

# Board of Patent Appeals and Interferences
# Docketing Notice

Application 09/233,249 was received from the Technology Center at the Board on June 15, 2005 and has been assigned Appeal No: 2005-1683.

A review of the file indicates that the following documents have been filed by appellant:

    Appeal Brief filed on:        February 27, 2002
    Reply Brief filed on:         March 17, 2005
    Request for Hearing filed on: NONE

In all future communications regarding this appeal, please include both the application number and the appeal number.

The mailing address for the Board is:

**BOARD OF PATENT APPEALS AND INTERFERENCES
UNITED STATES PATENT AND TRADEMARK OFFICE
P.O. BOX 1450
ALEXANDRIA, VIRGINIA 22313-1450**

The facsimile number of the Board is 571-273-0052. Because of the heightened security in the Washington D.C. area, facsimile communications are recommended. Telephone inquiries can be made by calling 571-272-9797 and should be directed to a Program and Resource Administrator.

By order of the Board of Patent Appeals and Interferences