IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD V. PUTMAN<br><br>Plaintiff<br><br>v.<br><br>JONATHAN W. DUDAS<br><br>Defendant | Case Number 1:05CV01796 JGP<br><br><br>Judge John Garrett Penn |

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES
IN OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE, OR
IN THE ALTERNATIVE, DISMISS AND REMAND**

# OTE EXHIBIT 30

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD V. PUTMAN<br><br>Plaintiff<br><br>v.<br><br>JONATHAN W. DUDAS<br><br>Defendant | Case Number 1:05CV01796 JGP<br><br>Judge John Garrett Penn |

### DECLARATION OF RALPH E. JOCKE

Pursuant to 28 U.S.C. Section 1746 and LCvR 5.1(h) I hereby declare on personal knowledge:

1.  I am Ralph E. Jocke, an attorney for Plaintiff, Harold V. Putman, the "Inventor" in this lawsuit.

2.  The exhibits attached to Plaintiff's Memorandum of Points and Authorities in Opposition to Defendant's Motion to Exclude, or in the Alternative, Dismiss and Remand are true and correct copies of the documents.

3.  As an attorney for the Inventor I assert that it was our intention to comply with all orders of the U.S. Patent and Trademark Office. On behalf of the Inventor I complied with the Remand Order of Board of Patent Appeals and Interferences ("Agency's Board") dated October 21, 2004.

Walker & Jocke
231 South Broadway
Medina, Ohio 44256-2601
330 • 721 • 0000

(OTE Exhibit 17). The Second Reply Brief filed on March 17, 2005 (OTE Exhibit 13) was complete in and of itself. The Second Reply Brief responded to new arguments presented by the Examiner in the Examiner's second attempt at an answer. (OTE Exhibit 19). There was no fraud, gross neglect or willful non-compliance.

5. The evidence and arguments concerning claims 45 through 56 of the Inventor's patent application were introduced in the Agency's record and were available for the Agency's Board to review.

6. Immediate discovery is needed in order to determine exactly what evidence and arguments the Agency wants to exclude and what new evidence the Agency believes requires the rejection of new claims in the Inventor's patent application.

I declare, that under penalty of perjury, that the foregoing is true and correct. Executed on this 24th day of March 2006.

                                        Ralph E. Jocke DC Bar No. OH0013
                                        Walker & Jocke
                                        231 South Broadway
                                        Medina, Ohio 44256-2601
                                        Telephone: 330.721.0000
                                        Facsimile: 330.722.6446
                                        iplaw@walkerandjocke.com