FORM PTO-1595
(Rev 6-93)
OMB No. 0651-0011 (exp. 4/94)

RECORDATION FORM COVER SHEET

# PATENTS ONLY

100953274

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

Tab settings ⇒ ⇒ ⇒ ▼        ▼        ▼        ▼        ▼

To the Honorable Commissioner of Patents and Trademarks: Please record the attached original document(s) or copy(ies) thereof.

| 1. Name of conveying party(ies):<br>Harold V. Putman<br><br>Additional name(s) of conveying party(ies) attached? ☐ Yes ☒ No | 2. Name and address of receiving party(ies):<br>Name: Diebold, Incorporated<br>Internal Address:<br><br>Street Address: 5995 Mayfair Road<br><br>City: North Canton   State: OH   ZIP: 44720<br><br>Additional name(s) & address(es) attached? ☐ Yes ☒ No |

3. Nature of conveyance:
- ☒ Assignment
- ☐ Merger
- ☐ Security Agreement
- ☐ Change of Name
- ☐ Other _____

Execution Date: December 7, 1998

4. Application number(s) or patent number(s): 09/233249

If this document is being filed together with a new application, the execution date of the application is: December 7, 1998

A. Patent Application No.(s)          B. Patent No.(s)

Additional numbers attached? ☐ Yes ☒ No

1-19-99

| 5. Name and address of party to whom correspondence concerning document should be mailed:<br><br>Name: Ralph E. Jocke<br>Internal Address:<br>01/27/1999 JSHABAZZ 00000059 090428 09233249<br>01 FC:581        40.00 CH<br><br>Street Address: 231 South Broadway<br><br>City: Medina   State: OH   ZIP: 44256 | 6. Total number of applications and patents involved: ☐<br><br>7. Total fee (37 CFR 3.41) ............ $ 40.00<br>☐ Enclosed<br>☒ Authorized to be charged to deposit account<br><br>8. Deposit account number:<br>IN FOR BOW I-9<br>09-0428 (~~Diebold, Incorporated~~)<br>(Attach duplicate copy of this page if paying by deposit account) |

DO NOT USE THIS SPACE

9. Statement and signature.
To the best of my knowledge and belief the foregoing information is true and correct and any attached copy is a true copy of the original document.

Ralph E. Jocke _____  [signature]  January 19, 1999
Name of Person Signing           Signature      Date

Total number of pages including cover sheet, attachments, and document: 3

Mail documents to be recorded with required cover sheet information to:
Commissioner of Patents & Trademarks, Box Assignments
Washington, D.C. 20231

(Form PTO-1595--Recordation Form Cover Sheet - page 1 of 3)

PATENT
REEL: 9713 FRAME: 0982

For: U.S. Rights and Foreign Rights
For: U.S. Application
By: Inventors

## ASSIGNMENT OF INVENTION

In consideration of the payment by ASSIGNEE to ASSIGNOR of the sum of One Dollar ($1.00) the receipt of which is hereby acknowledged, and for other good and valuable consideration.

**ASSIGNORS:**

        Harold V. Putman
        007 South Canal Street
        Canal Fulton, OH 44614
        Nationality: US

hereby sell, assign and transfer to

**ASSIGNEE:**

        Diebold, Incorporated
        5995 Mayfair Road
        North Canton, OH 44720
        Nationality: US

and the successors, assigns and legal representatives of the ASSIGNEE the entire right, title and interest for the United States and its territorial possessions and in all foreign countries, including all rights to claim priority, in and to any and all improvements which are disclosed in the invention entitled:

### AUTOMATED TRANSACTION MACHINE AND METHOD

and which is found in the U.S. application executed on even date herewith as well as in U.S. Provisional Application No. 60/105,800 filed on October 27, 1998 and any legal equivalent thereof in a foreign country, including the right to claim priority and, in and to, all Letters Patent to be obtained for said invention by the above application or any continuation, division, renewal, or substitute thereof, and as to letters patent any reissue or re-examination thereof.

ASSIGNOR hereby covenants that no assignment, sale, agreement or encumbrance has been or will be made or entered into which would conflict with this assignment.

ASSIGNOR further covenants that ASSIGNEE will, upon its request, be provided promptly with all pertinent facts and documents relating to said invention and said Letters Patent and legal equivalents as may

(Assignment of Invention—page 1 of 2)

be known and accessible to and will promptly execute and deliver to ASSIGNEE or its legal representatives any and all papers, instruments or affidavits required to apply for, obtain, maintain, issue and enforce said application, said invention and said Letters Patent and said equivalents thereof which may be necessary or desirable to carry out the purposes thereof.

IN WITNESS WHEREOF, I have hereunto set my hand this 7th day of December, 1998.

_____
Signature of Harold V. Putman

(Assignment of Invention—page 2 of 2)

RECORDED: 01/19/1999

PATENT
REEL: 9713 FRAME: 0984