IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD V. PUTMAN<br><br>Plaintiff<br><br>v.<br><br>JONATHAN W. DUDAS<br><br>Defendant | Case Number 1:05CV01796 JGP<br><br>Judge John Garrett Penn |

## ORDER

Defendant's Motion for a Protective Order is hereby denied. Defendant shall respond to the discovery requests served by the Plaintiff on or before _____.

**IT IS SO ORDERED.**

Dated_____

                                                                                       _____
                                                                                       Judge John Garrett Penn
                                                                                       United States District Court

Service on:

United States Attorney Kenneth L. Wainstein
Assistant United States Attorney R. Craig Lawrence
Assistant United States Attorney Benton G. Peterson
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530

Solicitor John M. Whealan
Associate Solicitor Heather F. Auyang
Associate Solicitor William LaMarca
U.S. Patent and Trademark Office
P.O. Box 15667
Arlington, VA 22215

Ralph E. Jocke
Patricia A. Walker
Walker & Jocke
231 South Broadway
Medina, Ohio 44256