IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD V. PUTMAN<br><br>Plaintiff<br><br>v.<br><br>JONATHAN W. DUDAS<br><br>Defendant | Case Number 1:05CV01796 JGP<br><br><br>Judge John Garrett Penn |

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION
TO DEFENDANT'S MOTION FOR A PROTECTIVE ORDER**

**OPO EXHIBIT 2**

# PLAINTIFF'S DISCOVERY REQUESTS WITHOUT DEFINITIONS AND OTHER TEXT

## SECOND AMENDED NOTICE OF DEPOSITION

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendant is hereby required to designate one or more officers, directors, agents or persons who will testify on Defendant's behalf with regard to the following topics:

1. The identification of all Plaintiff's evidence and arguments that Defendant is requesting that the U.S. District Court for the District of Columbia exclude from consideration pursuant to Defendant's Motion to Exclude, or in the Alternative, Dismiss and Remand filed on March 14, 2006.

2. All "Additional Evidence That May Be Relevant To The Validity Of All Of Putman's Claims" as referred to on pages 17-18 of Defendant's Motion to Exclude, Or In The Alternative, Dismiss And Remand filed on March 14, 2006.

3. All "Plaintiff's arguments and evidence that were not properly submitted to the PTO Board" as referred to in the proposed Order that accompanied Defendant's Motion to Exclude, Or In The Alternative, Dismiss And Remand filed on March 14, 2006.

4. All reasons why Defendant contends that each of the claims currently pending in U.S. Patent Application Serial No. 09/233,249 (i.e., each of claims 1-56, inclusive) do not meet the requirements for patentability pursuant to Title 35 of the United States Code.

## **PLAINTIFF'S FIRST REQUEST FOR DOCUMENTS TO DEFENDANT**

1. Produce any and all documents (whether in paper form or in electronic or any other form) which Defendant contends establish that any claim currently included in U.S. Patent Application Serial No. 09/233,249 (i.e., each of claims 1-56, inclusive) do not satisfy the requirements for patentability under Title 35 United States Code (including, without limitation, any items identified in the Defendant's response to Interrogatory 1(c) of Plaintiff's First Set of Interrogatories to Defendant in this Lawsuit).

2. All documents pertaining to this lawsuit that were given or provided to any person whom Defendant expects to call as a witness at the trial of this lawsuit.

3. All documents pertaining to this Lawsuit that were given or provided to any person whom Defendant expects to call as expert witness at the trial of this Lawsuit.

4. All reports pertaining to this Lawsuit of any expert that the Defendant expects to call as an expert witness at the trial of this Lawsuit.

5. All documents that the person(s) whom Defendant expects to call as an expert witness at the trial of this Lawsuit, relied upon to formulate his or her opinion(s) pertaining to this Lawsuit.

6. All exhibits Defendant expects to introduce at the trial of this Lawsuit.

## PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT

1. Identify by name and address the person who is answering these Interrogatories, and state his or her relationship to the Defendant.
2. Identify by name and address all persons (including all natural and legal persons) consulted for the purpose of obtaining information in connection with answering these Interrogatories.
3. For each currently included claim in U.S. Patent Application Serial No. 09/233,249 (i.e. each of claims 1-56, inclusive):
    a) state all reasons Defendant contends that the particular claim does not satisfy the requirements for patentability under Title 35 U.S. Code, and
    b) state each statutory subsection of Title 35 U.S. Code, and (if applicable) any regulation in Title 37 Code of Federal Regulations, upon which Defendant bases any contention that each claim does not satisfy the requirements for patentability under Title 35 U.S. Code, and
    c) identify each printed publication, patent, patent application or other document (including any form of printed or electronic document) upon which Defendant bases any contention that each particular claim does not satisfy the requirements for patentability under Title 35 U.S. Code.
4. Identify each person (including each natural and legal person) known to Defendant to have knowledge of facts which, Defendant contends, show that any currently included claim in U.S. Patent Application Serial No. 09/233,249 (i.e. claims 1-56 inclusive) does not satisfy the requirements for patentability under Title 35, United States Code, and for each person identified state:
    a) his or her full name
    b) current employer
    c) residence address
    d) summary of facts known which show any such claim does not satisfy the requirements for patentability.
5. With respect to each person whom the Defendant expects to call as a witness at trial, for each person identified state:
    a) his or her full name
    b) current employer
    c) residence address
    d) summary of facts known which show any claim in U.S. Patent Application Serial No. 09/233,249 (i.e. claims 1-56 inclusive) does not satisfy the requirements for patentability.
6. With respect to each person whom the Defendant expects to call as an expert witness at trial, for each person identified state:
    a) his or her full name
    b) current employer
    c) residence address
    d) the subject matter on which the expert witness is expected to testify
    e) the substance of the facts and opinions to which the expert witness is expected to testify
    f) a summary of the grounds for each opinion, and
g) the identity of all documents referred to or relied upon to form or support each opinion of the expert