IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD V. PUTMAN<br><br>Plaintiff<br><br>v.<br><br>JONATHAN W. DUDAS<br><br>Defendant | Case Number 1:05CV01796 JGP<br><br><br>Judge John Garrett Penn |

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION FOR A PROTECTIVE ORDER**

# OPO EXHIBIT 6

Walker & Jocke
231 South Broadway
Medina, Ohio 44256-2601
330 • 721 • 0000



Ralph E. Jocke
Patent
&
Trademark Law

March 21, 2006

Benton G. Peterson, Esq.
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530

    Subject:    **Putman v. Dudas**
                    **U.S. District Court, District of Columbia**
                    **Case No. 1:05-CV-01796 JGP**

Dear Mr. Peterson:

    Pursuant to our conversation on March 20, 2006, discovery is necessary to respond to the Motions that were filed on March 14, 2006. Please find enclosed the Second Amended Notice of Deposition.

    If you have any questions, please contact me.

                                              Very truly yours,

                                              Ralph E. Jocke

REJ/lch

cc:    Kenneth L. Wainstein
        R. Craig Lawrence
        John M. Whealan
        Heather F. Auyang
        William LaMarca

330 • 721 • 0000    330 • 225 • 1669    330 • 722 • 6446    rej@walkerandjocke.com
MEDINA             CLEVELAND         FACSIMILE          E-MAIL
231 South Broadway, Medina, Ohio U.S.A. 44256-2601

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

HAROLD V. PUTMAN, Plaintiff

v.

JONATHAN W. DUDAS, Defendant

Case Number 1:05CV01796 JGP

## SECOND AMENDED NOTICE OF DEPOSITION

This is an amended Notice of Deposition that supercedes the Notices of Depositions served on January 20, 2006 and February 13, 2006.

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendant is hereby required to designate one or more officers, directors, agents or persons who will testify on Defendant's behalf with regard to the following topics:

1. The identification of all Plaintiff's evidence and arguments that Defendant is requesting that the U.S. District Court for the District of Columbia exclude from consideration pursuant to Defendant's Motion to Exclude, or in the Alternative, Dismiss and Remand filed on March 14, 2006.

Walker & Jocke
231 South Broadway
Medina, Ohio 44256-2601
330-721-0000

2. All "Additional Evidence That May Be Relevant To The Validity Of All Of Putman's Claims" as referred to on pages 17-18 of Defendant's Motion to Exclude, Or In The Alternative, Dismiss And Remand filed on March 14, 2006.

3. All "Plaintiff's arguments and evidence that were not properly submitted to the PTO Board" as referred to in the proposed Order that accompanied Defendant's Motion to Exclude, Or In The Alternative, Dismiss And Remand filed on March 14, 2006.

4. All reasons why Defendant contends that each of the claims currently pending in U.S. Patent Application Serial No. 09/233,249 (i.e., each of claims 1-56, inclusive) do not meet the requirements for patentability pursuant to Title 35 of the United States Code.

The deposition will be held on April 21, 2006, at 10 a.m., at the offices of Jones Day, 51 Louisiana Avenue, N.W., Washington, D.C. 20001-2113.

Respectfully submitted,

Ralph E. Jocke  DC Bar No. OH0013
Patricia A. Walker  DC Bar No. OH0012
Walker & Jocke
231 South Broadway
Medina, Ohio 44256-2601
Telephone: 330.721.0000
Facsimile: 330.722.6446
iplaw@walkerandjocke.com
Attorneys for Plaintiff
Harold V. Putman

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Second Amended Notice of Deposition has been sent by regular U.S. mail to the attorneys for Defendant Jonathan W. Dudas: United States Attorney Kenneth L. Wainstein, Assistant United States Attorney R. Craig Lawrence and Assistant United States Attorney Benton G. Peterson, Judiciary Center Building, 555 4th Street, N.W., Civil Division, Washington, D.C. 20530; and Solicitor John M. Whealan and Associate Solicitors Heather F. Auyang and William LaMarca, U.S. Patent and Trademark Office, P.O. Box 15667, Arlington, VA 22215, this 21st day of March 2006.

                                                Ralph E. Jocke, Esq.
                                                Attorney for Plaintiff
                                                Harold V. Putman

Walker & Jocke
231 South Broadway
Medina, Ohio 44256-2601
330 · 721 · 0000