IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

HAROLD V. PUTMAN

    Plaintiff

v.

JONATHAN W. DUDAS

    Defendant

Case Number 1:05CV01796 JGP

Judge John Garrett Penn

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION FOR A PROTECTIVE ORDER**

**OPO EXHIBIT 9**

Walker & Jocke
231 South Broadway
Medina, Ohio 44256-2601
330 · 721 · 0000



Walker & Jocke
a legal professional association

Ralph E. Jocke
Patent
&
Trademark Law

February 13, 2006

Benton G. Peterson, Esq.
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530

    Subject:   **Putman v. Dudas**
                    **U.S. District Court, District of Columbia**
                    **Case No. 1:05-CV-01796 JGP**

Dear Mr. Peterson:

      Thank you for your letter of February 8, 2006 documenting our agreement extending Defendant's time to respond to Plaintiff's First Set of Interrogatories and Plaintiff's First Request for Production of Documents. The responses are now due on March 27, 2006. Unless you let me know otherwise I will assume that you will mail copies of the documents to me rather than produce them in person.

      In view of the additional time to respond to Plaintiff's other discovery, Plaintiff is also presenting a new Notice of Deposition for April 21, 2006, which is thirty (30) days after the originally scheduled date. If you have any conflicts with the date please let me know at your earliest convenience.

      On February 10, 2006 I received by mail from Ms. Auyang a copy of the Patent Office file related to the patent application at issue. This delivery was indicated to be part of the Defendant's Initial Disclosures. However, we have not received any disclosure or documents to support Defendant's contentions in the Answer that the Plaintiff's claims that the Board found met all requirements for patentability, are not patentable. Disclosure of that information and the related documents at your earliest convenience, would be appreciated.

330 • 721 • 0000      330 • 225 • 1669      330 • 722 • 6446      rej@walkerandjocke.com
MEDINA            CLEVELAND           FACSIMILE              E-MAIL

231    South    Broadway,    Medina,    Ohio    U.S.A.    44256-2601

Benton G. Peterson, Esq.
February 13, 2006
Page 2

      Thank you for your courtesy in this matter. If you wish to discuss this, please give me a call.

                Very truly yours,

                Ralph E. Jocke

REJ/dag

Enclosures

pc:    Kenneth L. Wainstein
        R. Craig Lawrence
        John M. Whealan
        Heather F. Auyang
        William LaMarca

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

HAROLD V. PUTMAN, Plaintiff

v.

JONATHAN W. DUDAS, Defendant

Case Number 1:05CV01796 JGP

### NOTICE OF DEPOSITION

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendant is hereby required to designate one or more officers, directors, agents or persons who will testify on Defendant's behalf with regard to the following topic:

All reasons why Defendant contends that each of the claims currently pending in U.S. Patent Application Serial No. 09/233,249 (i.e., each of claims 1-56, inclusive) do not meet the requirements for patentability pursuant to Title 35 of the United States Code.

The deposition will be held on April 21, 2006, at 10 a.m., at the offices of Jones Day, 51 Louisiana Avenue, N.W., Washington, D.C. 20001-2113.

Walker & Jocke
231 South Broadway
Medina, Ohio 44256-2601
330 • 721 • 0000

Respectfully submitted,

_____
Ralph E. Jocke  DC Bar No. OH0013
Patricia A. Walker  DC Bar No. OH0012
Walker & Jocke
231 South Broadway
Medina, Ohio 44256-2601
Telephone: 330.721.0000
Facsimile: 330.722.6446
iplaw@walkerandjocke.com

Attorneys for Plaintiff
Harold V. Putman

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Deposition has been sent by regular U.S. mail to the attorneys for Defendant Jonathan W. Dudas: United States Attorney Kenneth L. Wainstein, Assistant United States Attorney R. Craig Lawrence and Assistant United States Attorney Benton G. Peterson, Judiciary Center Building, 555 4th Street, N.W., Civil Division, Washington, D.C. 20530; and Solicitor John M. Whealan and Associate Solicitors Heather F. Auyang and William LaMarca, U.S. Patent and Trademark Office, P.O. Box 15667, Arlington, VA 22215, this 13TH day of February 2006.

_____
Ralph E. Jocke, Esq.
Attorney for Plaintiff
Harold V. Putman