IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD V. PUTMAN<br><br>　　　Plaintiff<br><br>　　v.<br><br>JONATHAN W. DUDAS<br><br>　　　Defendant | Case Number 1:05CV01796 JGP<br><br><br>Judge John Garrett Penn |

**JOINT STIPULATED MOTION FOR EXTENSION
OF TIME FOR FILING EXPERT REPORTS**

Both parties in this lawsuit have conferred pursuant to LCvR 7(m) and respectfully move for an extension of the time to file expert witness reports until a reasonable time after the pending motions are decided. Plaintiff's expert witness reports are currently due October 15, 2006, and Defendant's expert witness reports are due December 15, 2006.

Plaintiff served an initial set of discovery requests. Defendant thereafter moved for the matter to be remanded to the Patent Office or for certain evidence to be excluded from consideration in this Court. In conjunction with that Motion, Defendant requested that all discovery be suspended until the Court ruled on the Motion to remand to the Patent Office. Defendant also moved for a protective order that the discovery served by Plaintiff need not be answered. The Court has not ruled on those Motions, and no discovery has been responded to in the action.

Discovery is necessary before expert witness reports can be prepared. Also, expert

witness reports would be premature before all of the matters in dispute and each party's contentions are known.

A Memorandum of Points and Authorities in Support is attached and incorporated hereto.

**Respectfully submitted,**

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |
|---|---|
| /S/   Ralph E. Jocke | |
| RALPH E. JOCKE | JEFFREY A. TAYLOR, D.C. BAR # 498610 |
| D.C. BAR #OH0013 | United States Attorney |
| PATRICIA A. WALKER | |
| D.C. BAR #OH0012 | |
| Walker & Jocke | |
| 231 South Broadway | RUDOLPH CONTRERAS, D.C. Bar # 434122 |
| Medina, Ohio   44256-2601 | Assistant United States Attorney |
| Telephone: 330.721.0000 | |
| Facsimile: 330.722.6446 | |
| iplaw@walkerandjocke.com | /S/  Benton G. Peterson |
| | BENTON G. PETERSON, WI. Bar # 1029849 |
| Attorneys for Plaintiff | Assistant United States Attorney |
| Harold V. Putman | Judiciary Center Building |
| | 555 4th Street, N.W. – Civil Division |
| | Washington, D.C.  20530 |
| | (202) 514-7238; 514-8780 (Facsimile) |
| | Benton.Peterson@usdoj.gov |
| | |
| | Of Counsel: |
| | John M. Whealan |
| | Solicitor |
| | |
| | Heather F. Auyang |
| | William LaMarca |
| | Associate Solicitors |
| | |
| | U.S. Patent and Trademark Office |
| | P.O. Box 15667 |
| | Arlington, VA 22215 |
| | 571-272-9035 |
| | |
| | Attorneys for Defendant |
| | Jonathan W. Dudas |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
## OF JOINT STIPULATED MOTION FOR EXTENSION
## OF TIME FOR FILING EXPERT REPORTS

Plaintiff filed this civil action for a patent pursuant to 35 U.S.C. § 145 (Complaint, Docket No. 1).  Plaintiff served discovery on Defendant on January 20, 2006.

Defendant has requested the Court to dismiss this civil action and remand the dispute back to the U.S. Patent and Trademark Office, or in the alternative to exclude certain evidence (Motion to Dismiss and Remand or in the Alternative to Exclude, Docket Nos. 11 and 12 filed on March 14, 2006.)  That Motion is still pending.

Defendant additionally filed a Motion to Stay Discovery Pending Determination of Defendant's Dispositive Motion (Docket No. 10) on that date.  On March 24, 2006, Defendant filed a Motion for Protective Order pertaining to the discovery requests presented by Plaintiff on January 20, 2006 (Docket No. 13).

No responses to discovery have been provided, due to the motions that are pending before the Court.  The parties are also awaiting the Court's determination as to whether the action for a patent will be sent back to the Patent Office.

Due to the lack of discovery, uncertainty as to the parties' respective positions on the issues in dispute, and the uncertainty whether this case will be remanded to the Patent Office or tried by the Court, it is difficult to have the expert witness reports prepared for exchange on or before October 15, 2006 for the Plaintiff and on or before December 15, 2006 for the Defendant as currently required by the Court.  Also, expert witness reports would be premature, as each party's contentions related to matters in dispute are not currently known.

The parties request that the Plaintiff's expert witness report deadline be reset six months

3

after the last ruling on the pending motions, and that the deadline for Defendant's expert witness reports be reset for eight months after those rulings.

**Respectfully submitted,**

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |
|---|---|
| /S/   Ralph E. Jocke | |
| RALPH E. JOCKE | JEFFREY A. TAYLOR, D.C. BAR # 498610 |
| DC Bar # OH0013 | United States Attorney |
| Patricia A. Walker | |
| DC Bar # OH0012 | |
| Walker & Jocke | RUDOLPH  CONTRERAS, D.C. Bar # 434122 |
| 231 South Broadway | Assistant United States Attorney |
| Medina, Ohio   44256-2601 | |
| Telephone: 330.721.0000 | /S/   Benton G. Peterson |
| Facsimile: 330.722.6446 | BENTON G. PETERSON, WI. Bar # 1029849 |
| iplaw@walkerandjocke.com | Assistant United States Attorney |
| | Judiciary Center Building |
| Attorneys for Plaintiff | 555 4th Street, N.W. – Civil Division |
| Harold V. Putman | Washington, D.C.  20530 |
| | (202) 514-7238 514-8780 (Facsimile) |
| | Benton.Peterson@usdoj.gov |

Of Counsel:
John M. Whealan
Solicitor

Heather F. Auyang
William LaMarca
Associate Solicitors

U.S. Patent and Trademark Office
P.O. Box 15667
Arlington, VA 22215
571-272-9035

Attorneys for Defendant
Jonathan W. Dudas

4