IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD V. PUTMAN | Case Number 1:05CV01796 JGP |
| Plaintiff | |
| v. | Judge John Garrett Penn |
| JONATHAN W. DUDAS | |
| Defendant | |

## JOINT STIPULATED MOTION FOR
## EXTENSION OF DISCOVERY CUT-OFF

Both parties in this lawsuit have conferred pursuant to LCvR 7(m) and respectfully move for an extension of the discovery cut-off until a reasonable time after the pending motions are decided. The cut-off date for discovery is currently March 30, 2007.

Plaintiff served an initial set of discovery requests. Defendant thereafter moved for the matter to be remanded to the Patent Office or for certain evidence to be excluded from consideration in this Court. In conjunction with that Motion, Defendant requested that all discovery be suspended until the Court ruled on the Motion to remand to the Patent Office. Defendant also moved for a protective order that the discovery served by Plaintiff need not be answered. The Court has not ruled on those Motions, and no discovery has been responded to in the action.

A Memorandum of Points and Authorities in Support of this Motion is attached and incorporated hereto.

Respectfully submitted,

COUNSEL FOR PLAINTIFF

_____
RALPH E. JOCKE
D.C. BAR #OH0013
PATRICIA A. WALKER
D.C. BAR #OH0012
Walker & Jocke
231 South Broadway
Medina, Ohio  44256-2601
Telephone: 330.721.0000
Facsimile: 330.722.6446
iplaw@walkerandjocke.com

Attorneys for Plaintiff
Harold V. Putman

COUNSEL FOR DEFENDANT

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7238; 514-8780 (Facsimile)
Benton.Peterson@usdoj.gov

Of Counsel:
John M. Whealan
Solicitor

Heather F. Auyang
William LaMarca
Associate Solicitors

U.S. Patent and Trademark Office
P.O. Box 15667
Arlington, VA 22215
571-272-9035
Attorneys for Defendant
Jonathan W. Dudas

2

## MEMORANDUM OF POINTS AND AUTHORITIES
## IN SUPPORT OF JOINT STIPULATED MOTION FOR
## EXTENSION OF DISCOVERY CUT-OFF

Plaintiff filed this civil action for a patent pursuant to 35 U.S.C. § 145 (Complaint, Docket No. 1). Plaintiff served discovery on Defendant on January 20, 2006.

Defendant has requested the Court to dismiss this civil action and remand the dispute back to the U.S. Patent and Trademark Office, or in the alternative to exclude certain evidence (Motion to Dismiss and Remand or in the Alternative to Exclude, Docket Nos. 11 and 12 filed on March 14, 2006.) That Motion is still pending.

Defendant additionally filed a Motion to Stay Discovery Pending Determination of Defendant's Dispositive Motion (Docket No. 10) on that date. On March 24, 2006, Defendant filed a Motion for Protective Order pertaining to the discovery requests presented by Plaintiff on January 20, 2006 (Docket No. 13).

No responses to discovery have been provided, due to the motions that are pending before the Court. The parties are also awaiting the Court's determination as to whether the action for a patent will be sent back to the Patent Office. Due to the lack of discovery, uncertainty as to the parties' respective positions on the issues in dispute, and the uncertainty whether this case will be remanded to the Patent Office or tried by the Court, the parties request an extension of the discovery cut-off.

The parties request that the discovery deadline be reset at least ten months after the last ruling on the pending motions.

3

Respectfully submitted,

COUNSEL FOR PLAINTIFF                COUNSEL FOR DEFENDANT

RALPH E. JOCKE                       JEFFREY A. TAYLOR, D.C. BAR # 498610
DC Bar # OH0013                      United States Attorney
Patricia A. Walker
DC Bar # OH0012
Walker & Jocke                       RUDOLPH CONTRERAS, D.C. Bar # 434122
231 South Broadway                   Assistant United States Attorney
Medina, Ohio  44256-2601
Telephone: 330.721.0000
Facsimile: 330.722.6446              BENTON G. PETERSON, WI. Bar #1029849
iplaw@walkerandjocke.com             Assistant United States Attorney
                                     Judiciary Center Building
Attorneys for Plaintiff              555 4th Street, N.W. – Civil Division
Harold V. Putman                     Washington, D.C.  20530
                                     (202) 514-7238 514-8780 (Facsimile)
                                     Benton.Peterson@usdoj.gov


                                     Of Counsel:
                                     John M. Whealan
                                     Solicitor

                                     Heather F. Auyang
                                     William LaMarca
                                     Associate Solicitors

                                     U.S. Patent and Trademark Office
                                     P.O. Box 15667
                                     Arlington, VA 22215
                                     571-272-9035
                                     Attorneys for Defendant

                                     Jonathan W. Dudas

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of March, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

United States Attorney Jeffrey A. Taylor
Assistant United States Attorney Rudolph Contreras
Assistant United States Attorney Benton G. Peterson
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530

/s Ralph E. Jocke
Ralph E. Jocke
Walker & Jocke

5