IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD V. PUTMAN<br><br>　　　Plaintiff<br><br>v.<br><br>JONATHAN W. DUDAS<br><br>　　　Defendant | Case Number 1:05CV01796 JGP<br><br><br>Judge John Garrett Penn |

## ORDER

The Court hereby grants the Joint Stipulated Motion for Extension of Discovery Cut-off.

Discovery completion is due ten months after the Court's last ruling on the motions that are pending as of this date.

**IT IS SO ORDERED.**

Dated_____          _____
                                    Judge John Garrett Penn
                                    United States District Court

Service on:

United States Attorney Jeffrey A. Taylor
Assistant United States Attorney Rudolph Contreras
Assistant United States Attorney Benton G. Peterson
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530

Solicitor John M. Whealan
Associate Solicitor Heather F. Auyang
Associate Solicitor William LaMarca
U.S. Patent and Trademark Office
P.O. Box 15667
Arlington, VA 22215

Ralph E. Jocke
Patricia A. Walker
Walker & Jocke
231 South Broadway
Medina, Ohio 44256