UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD PUTMAN, | ) |
|        Plaintiff, | ) |
| v. | ) Civil Action No. 05-1796 (JGP) |
| JONATHAN W. DUDAS, | ) |
|        Defendant. | ) |

**ORDER**

This matter is before the Court on the parties' **Joint Stipulated Motion For Extension of Discovery Cut-Off** [22]. The parties move for an extension of the discovery period, which was set to expire on March 30, 2007. In support of their motion, the parties note that there are three motions pending before the Court, including a motion to dismiss and remand, and that they are "awaiting the Court's determinations as to whether [this] action for a patent will be sent back to the Patent Office." Joint Stip. Mot. at 3. The parties also note that discovery has been temporarily put on hold by the parties until the Court addresses the pending motions.[1] They therefore ask that the discovery period be extended ten months from the date which the Court rules on the pending motions. *Id*. Based on the parties' representations, the Court concludes that an extension of the discovery period is warranted. This is consistent with the Court's observation at the December 20, 2005 status conference that discovery would not begin until it ruled on the Defendant's motion to remand.

---

[1] The motions currently pending before the Court are: (1) Defendant's Motion To Stay Discovery Pending Determination of its Dispositive Motion [10], (2) Defendant's Motion to Exclude, or In the Alternative, Dismiss and Remand [11, 12], and (3) Defendant's Motion for a Protective Order [13].

Accordingly, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the discovery period is extended ten months from the date that the Court rules on the pending motions. *See supra* note 1.

**SO ORDERED.**


**DATE: March 29, 2007**                                    **JOHN GARRETT PENN**
                                                            **United States District Judge**