IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD V. PUTMAN<br><br>Plaintiff<br><br>v.<br><br>JONATHAN W. DUDAS<br><br>Defendant | Case Number 1:05CV01796 JGP<br><br>Judge John Garrett Penn |

## JOINT STIPULATED MOTION FOR EXTENSION OF DEADLINE TO FILE MOTIONS FOR SUMMARY JUDGMENT

Both parties in this lawsuit have conferred pursuant to LCvR 7(m) and respectfully move for an extension of the deadline for filing motions for summary judgment until sixty (60) days after the discovery cut-off.

On March 29, 2007 the Court granted the parties' motion for extension of the discovery deadline and ordered that the discovery cut-off be extended until ten months after the date that the Court rules on the pending motions [Docket No. 23]. The pending motions are: (1) Defendant's Motion To Stay Discovery Pending Determination of its Dispositive Motion [Docket No. 10]; (2) Defendant's Motion to Exclude, or In the Alternative, Dismiss and Remand [Docket Nos. 11, 12]; and (3) Defendant's Motion for a Protective Order [Docket No. 13]. Both parties request an extension of the deadline to file motions for summary judgement. That deadline is presently set as May 29, 2007 (60 days from the initial discovery cut-off of March 30,

2007 as set at the Initial Status Conference).

A Memorandum of Points and Authorities in Support of this Motion is attached and incorporated hereto.

Respectfully submitted,

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |
|---|---|
| /s/ Ralph E. Jocke<br>RALPH E. JOCKE<br>D.C. BAR #OH0013<br>PATRICIA A. WALKER<br>D.C. BAR #OH0012<br>Walker & Jocke<br>231 South Broadway<br>Medina, Ohio 44256-2601<br>Telephone: 330.721.0000<br>Facsimile: 330.722.6446<br>iplaw@walkerandjocke.com<br><br>Attorneys for Plaintiff<br>Harold V. Putman | JEFFREY A. TAYLOR, D.C. BAR # 498610<br>United States Attorney<br><br>RUDOLPH CONTRERAS, D.C. Bar # 434122<br>Assistant United States Attorney<br><br>/s/ Benton G. Peterson<br>BENTON G. PETERSON, WI. Bar #1029849<br>Assistant United States Attorney<br>Judiciary Center Building<br>555 4th Street, N.W. – Civil Division<br>Washington, D.C. 20530<br>(202) 514-7238; 514-8780 (Facsimile)<br>Benton.Peterson@usdoj.gov<br><br>Of Counsel:<br>John M. Whealan<br>Solicitor<br><br>Heather F. Auyang<br>William LaMarca<br>Associate Solicitors<br><br>U.S. Patent and Trademark Office<br>P.O. Box 15667<br>Arlington, VA 22215<br>571-272-9035<br>Attorneys for Defendant<br>Jonathan W. Dudas |

2

## MEMORANDUM OF POINTS AND AUTHORITIES
## IN SUPPORT OF JOINT STIPULATED MOTION FOR
## EXTENSION OF DEADLINE TO FILE
## MOTIONS FOR SUMMARY JUDGMENT

Plaintiff filed this civil action for a patent pursuant to 35 U.S.C. § 145 [Complaint, Docket No. 1]. Plaintiff served discovery on Defendant on January 20, 2006.

Defendant has requested the Court to dismiss this civil action and remand the dispute back to the U.S. Patent and Trademark Office, or in the alternative to exclude certain evidence (Motion to Dismiss and Remand or in the Alternative to Exclude, Docket Nos. 11 and 12 filed on March 14, 2006.) That Motion is still pending.

Defendant additionally filed on the same day a Motion to Stay Discovery Pending Determination of Defendant's Dispositive Motion [Docket No. 10]. On March 24, 2006, Defendant filed a Motion for Protective Order pertaining to the discovery requests presented by Plaintiff to Defendant on January 20, 2006 [Docket No. 13]. Those motions are pending.

No responses to Plaintiff's discovery have been provided due to the motions that are pending before the Court. On March 29, 2007 the Court granted the parties' motion for extension of the discovery deadline and ordered that the discovery cut-off be extended until ten months after the date that the Court rules on the pending motions [Docket No.23]. Due to the lack of discovery, uncertainty as to the parties' respective positions on the issues in dispute, and the uncertainty as to whether this case will be remanded to the Patent Office or tried by the Court, the parties request an extension of the deadline for filing motions for summary judgment until sixty (60) days after the discovery cut-off.

The parties request that the deadline for filing motions for summary judgment be extended until sixty (60) days after the discovery cut-off.

3

Respectfully submitted,

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |
|---|---|

*(signature)*

RALPH E. JOCKE
DC Bar # OH0013
Patricia A. Walker
DC Bar # OH0012
Walker & Jocke
231 South Broadway
Medina, Ohio  44256-2601
Telephone: 330.721.0000
Facsimile: 330.722.6446
iplaw@walkerandjocke.com

Attorneys for Plaintiff
Harold V. Putman

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/ Benton G. Peterson
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7238 514-8780 (Facsimile)
Benton.Peterson@usdoj.gov

Of Counsel:
John M. Whealan
Solicitor

Heather F. Auyang
William LaMarca
Associate Solicitors

U.S. Patent and Trademark Office
P.O. Box 15667
Arlington, VA 22215
571-272-9035
Attorneys for Defendant
Jonathan W. Dudas

4

## CERTIFICATE OF SERVICE

      I hereby certify that on this 23rd day of May, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

United States Attorney Jeffrey A. Taylor
Assistant United States Attorney Rudolph Contreras
Assistant United States Attorney Benton G. Peterson
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530

                                                  Patricia A. Walker
                                                  Walker & Jocke