CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

HAROLD PUTMAN                )
                             )
                             )
                             )
         Plaintiff           )
                             )
                             )
    v.                       )    Civil Case Number 05-1796 (LFO)
                             )
                             )
JONATHAN W. DUDAS, Director, US  )    Category     C
   PATENT AND TRADEMARK OFFICE )
                             )
         Defendant           )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on October 4, 2007 from Judge John Garrett Penn to Judge Louis F. Oberdorfer by direction of the Calendar Committee.

(Randomly reassigned)

                              JUDGE ELLEN S. HUVELLE
                              Chair, Calendar and Case
                              Management Committee

cc:    Judge Oberdorfer & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       Civil Case Processing Clerk