CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

HAROLD PUTMAN )
)
Plaintiff )
)
v. ) Civil Case Number 05-1796(LFO)
)
JONATHAN W. DUDAS, Director of the ) Category    C
U.S. Patent and Trademark Office )
)
Defendant )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>October 25 2007</u> from <u>Judge John Garrett Penn</u> to <u>Judge Louis F. Oberdorfer</u> by direction of the Calendar Committee.

(Randomly reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:  Judge Oberdorfer & Courtroom Deputy
     Liaison, Calendar and Case Management Committee
     Civil Case Processing Clerk ✓