UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HAROLD PUTMAN,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**JONATHAN W. DUDAS,** )<br>)<br>Under Secretary of Commerce )<br>for Intellectual Property and )<br>Director of the United States )<br>Patent and Trademark Office, )<br>)<br>**Defendant.** ) | Civil Action No. 05-1796 (LFO) |

**ORDER**

For the reasons contained in the accompanying memorandum and opinion, it is this 28th day of March, 2008 hereby

ORDERED that Defendant's Motion To Exclude, Or In The Alternative, Dismiss And Remand [11] is GRANTED IN PART. This case, civil action number 05-1796, is DISMISSED WITHOUT PREJUDICE and REMANDED to the U.S. Patent and Trademark Office to reopen prosecution of patent application 09/233,249, entitled "Automatic Transaction Machine and Method." It is further

ORDERED that all other pending motions, including Defendant's Motion To Stay Discovery Pending Determination of Its Dispositive Motion [10], Motion For A Protective Order [13], and the Joint Motion For Extension Of Time For Filing Expert Reports [21] are DENIED as MOOT.

SO ORDERED.

/s/

LOUIS F. OBERDORFER
United States District Judge